1

2

3

4

5

6

7              **UNITED STATES DISTRICT COURT**

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   DONOVAN L. HALEY,                    1:13-cv-00226-AWI-GSA-PC

11              Plaintiff,                ORDER DENYING MOTION TO INITIATE
                                          SERVICE
12        v.
                                          (Doc. 7.)
13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
14   REHABILITATION, et al.,

15              Defendants.
                                        /
16

17        Donovan L. Haley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

18   filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on

19   February 13, 2013. (Doc. 1.)  On March 4, 2013, Plaintiff filed a motion for the Court to issue an

20   order initiating service in this action by the United States Marshal.  (Doc. 7.)

21        The court is required by law to screen complaints brought by prisoners seeking relief against

22   a governmental entity or officer or employee of a governmental entity, such as the instant action

23   brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a).  The court must dismiss a complaint

24   or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail

25   to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who

26   is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

27        With respect to service, the court will, *sua sponte*, direct the United States Marshal to serve

28   the complaint only after the Court has screened the complaint and determined that it contains

                                          1

1   cognizable claims for relief against the named defendants.  Plaintiff's Complaint awaits screening

2   by the Court, and service shall not proceed until after the Court's screening process is completed.

3   Thus, it is not time for service by the United States Marshal in this action.

4        Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to

5   initiate service by the United States Marshal, filed on March 4, 2013, is DENIED.

6

7        IT IS SO ORDERED.

8        **Dated:    March 7, 2013**                    _/s/ **Gary S. Austin**_
                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28