UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN L. HALEY, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | 1:13-cv-00226-AWI-GSA-PC <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO AMEND <br><br> (Doc. 11.) |

("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 13, 2013. (Doc. 1.) On March 13, 2013, Plaintiff filed a motion to amend the Complaint and submitted a proposed First Amended Complaint. (Docs. 11, 12.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because Plaintiff has not amended the

1

complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course.  Therefore, the First Amended Complaint was filed by the Clerk on March 13, 2013, and Plaintiff's motion to amend shall be granted.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend, filed on March 13, 2013, is GRANTED.

IT IS SO ORDERED.

**Dated:**   **March 18, 2013**          /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE